UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-02842-SHK | Date: | January 24, 2022 |

Title: *Jeff Steven Freitas v. Kilolo Kijakazi [1], Acting Commissioner of Social Security*

---

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: JOINT STIPULATION**

On April 1, 2021, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. On April 7, 2021, the Court issued its Case Management Order ("CMO") in which the parties were ordered to cooperate in the preparation of a joint submission and file their final joint stipulation. The joint stipulation was due on or before January 17, 2022. To date, the joint stipulation has not been filed with the Court.

Accordingly, no later than **January 31, 2022,** the parties are ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the joint stipulation by January 31, 2022, shall be deemed compliant with this Order to Show Cause.

**IT IS SO ORDERED**

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedures, Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted as the proper defendant in this action. See Fed. R. Civ. P 25(d).